NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MORGAN JANE SMITH,                          )
                                            )
        Appellant,                         )
                                            )
v.                                          )       Case No.  2D17-1868
                                            )
STATE OF FLORIDA,                           )
                                            )
        Appellee.                          )
_____)

Opinion filed June 27, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Morgan Jane Smith, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

        Affirmed.


SILBERMAN, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.